IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMIKHET EN MATTI, | ) | |
| | ) | |
| Petitioner, | ) | 4:03cv3258 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing no. 45, the Objection to Brief of Respondent filed by the petitioner, Amikhet En Matti.  The petitioner states that he has not received a copy of the respondent's brief (filing no. 44), and therefore, that brief should not be considered by the court.  The petitioner's Objection is overruled.  However, the Clerk of Court shall immediately send the petitioner a copy of filing no. 44 without cost.

    SO ORDERED.

April 4, 2006.                                     BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge